NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GORGE DESIGN GROUP LLC, KIRBY ERDELY,**
*Plaintiffs-Appellees*

v.

**MEANING XUANSHENG,**
*Defendant*

**NEOMAGIC CORPORATION, DBA WWW.MERCADOMAGICO.COM,**
*Defendant-Appellant*

---

2021-1695

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:20-cv-01384-WSS, Judge William S. Stickman IV.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Oral argument is presently scheduled for April 4, 2023, in the above-captioned appeal. Kirby Erdely and Gorge

Design Group LLC move for the court to cancel the oral argument and decide the appeal on the briefs. The motion indicates that NeoMagic Corporation does not consent to the request.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Oral argument will proceed as scheduled.

FOR THE COURT

March 8, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court