Law Offices
# Ference & Associates LLC

Patents, Trademarks, Copyrights and Related Matters

409 Broad Street
Pittsburgh, Pennsylvania 15143
www.ferencelaw.com

Telephone
(412) 741-8400
Facsimile
(412) 741-9292

March 14, 2023

**<u>BY ELECTRONIC FILING</u>**

Peter R. Marksteiner
717 Madison Place, NW, Suite 401
Washington, DC 20439
(202) 275-8000

    Re:   *Gorge Designs, LLC, et al. v. Meaning Xuansheng, et al.*
            *Case No. 2021-1695*
            (*Our File No. 983.003*)

Dear Mr. Marksteiner:

    This letter will serve as Appellees/Plaintiffs' notice pursuant to Fed. Circuit Rule 34 (c) that they intend to display visual aids at oral argument.

                                          Respectfully submitted,

                                          /s/Stanley D. Ference III

                                          Stanley D. Ference III

Cc: All counsel of record